CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 11 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **KELVIN A. CANADA** | ) | Civil Action No. 7:11cv00408 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **HAROLD CLARKE, ET AL.**, | ) | |
| | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with this court's memorandum opinion entered on this date, it is

**ORDERED** and **ADJUDGED** that plaintiff Kelvin A. Canada's complaint is **DISMISSED** without prejudice. The case is hereby **STRICKEN** from the active docket of the court.

**ENTER**: This 11th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE